BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Erin.Cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 15-00588 HSG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER EXCLUDING TIME |
| MIGUEL RAMIREZ, | ) FROM MAY 9, 2016 TO |
| | ) JUNE 13, 2016 |
| Defendant. | ) |
| | ) |

    Plaintiff United States of America and defendant Miguel Ramirez, by and through their respective counsel of record herein, hereby stipulate as follows:

    1.    On May 9, 2016, the parties appeared before the Court for a status conference. At that time, pursuant to the parties' request, the Court set the matter for a further status or change of plea hearing on June 13, 2016 at 2:00 p.m.

    2.    The parties jointly stipulated to exclude the time between May 9, 2016 and June 13, 2016, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et seq*. The government has produced discovery, which the defendant continues to review with his counsel. Therefore, the parties agree that the time period of May 9, 2016 to June 13, 2016, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) on

STIPULATION AND [PROPOSED] ORDER
CR 15-00588 HSG

1 the basis that the ends of justice served by the continuance outweigh the best interests of the public and
2 defendant in a speedy trial, and failing to exclude time between May 9, 2016 and June 13, 2016 would
3 deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of
4 due diligence.
5     IT IS SO STIPULATED.

7 Dated: June 7, 2016                    BRIAN J. STRETCH
                                         United States Attorney

9                                         /s/ *Erin A. Cornell*
                                         ERIN A. CORNELL
10                                       Special Assistant United States Attorney

11                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

14    /s/ *Shana Keating* (per email authorization)        06/03/2016
   SHANA KEATING                                           Date
   Attorney for Defendant
15 MIGUEL RAMIREZ

# ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between May 9, 2016 and June 13, 2016 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 9, 2016 and June 13, 2016 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the matter is set before this Court on June 13, 2016 at 2:00 p.m. for a further status or change of plea hearing, and that the time between May 9, 2016 and June 13, 2016 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 7, 2016

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 15-00588 HSG                                  3